NUMBER
13-02-213-CR

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

____________________________________________________________________

 

EX PARTE: ROBERT PEREZ

____________________________________________________________________

 

                        On
appeal from the 148th District Court

                                  of
Nueces County, Texas.

____________________________________________________________________

 

                                   O
P I N I O N

 

                   Before
Justices Dorsey, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 

Appellant, ROBERT PEREZ, attempted to perfect an appeal
from the trial court=s denial of his
application for writ of habeas corpus in cause no.
01-CR-2731-E.  The clerk=s record was received
on April 18, 2002.  








Upon review of the clerk=s record, there did
not appear to be an appealable order.  
Notice of this defect was given so that steps could be taken to correct
the defect, if it could be done. 
Appellant was advised that, if the defect was not corrected within ten
days from the date of receipt of this notice, the appeal would be dismissed for
want of jurisdiction.  Appellant
requested and was granted an extension of time to May 20, 2002, to correct the
defect.  To date, appellant has failed to
correct the defect or further respond to this Court=s notice. 

The Court, having considered the documents on file and appellant=s failure to correct
the defect, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 20th
day of June, 2002.